# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TONY G. HEWITT, | 3:11-cv-00642-RCJ-WGC |
| Plaintiff, | **MINUTES OF PROCEEDINGS** |
| vs. | July 11, 2012 |
| WILSON, et al., | |
| Defendants. | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>Katie Lynn Ogden</u>       REPORTER:      <u>FTR</u>

COUNSEL FOR PLAINTIFF(S): <u>Tony G. Hewitt, In Pro Per (Telephonically)</u>

COUNSEL FOR DEFENDANT(S): <u>Kaitlyn Miller (Telephonically)</u>

**PROCEEDINGS: Motion Hearing**

9:41 a.m. Court convenes.

The Court addresses the parties and reviews the status of this case. Mr. Hewitt acknowledges the most recent order which disposes several of his motions (Dkt. ## 30, 32, 42, and 43). Mr. Hewitt indicates that his Motion for Temporary Restraining Order (Dkt. #44) and Motion for Sanctions (Dkt. #49) are relevant for today's hearing.

The Court informs the parties that this Court does not have the authority to rule upon Plaintiff's Motion for Temporary Restraining Order. However, the motion may be addressed in a Report and Recommendation Order which would then be submitted to the District Court for review and decision. Therefore, at this time, Plaintiff's Motion for Temporary Restraining Order will remain pending.

The Court reviews the context of Plaintiff's Motion for Sanctions (Dkt. #49). The Court finds that the alleged interference of mail Mr. Hewitt is experiencing may be the subject of a grievance but not an appropriate subject for the request of sanctions. Therefore, Plaintiff's Motion for Sanctions (Dkt. #49) is **DENIED**.

**MINUTES OF THE COURT**
3:11-cv-00642-RCJ-WGC
Date: July 11, 2012
Page 2

9:51 a.m.  Court adjourns.

**IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK

                                        By:            /s/          
                                               Katie Lynn Ogden, Deputy Clerk