FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 1 0 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| TONY G. HEWITT,<br><br>               Plaintiff,<br>v.<br><br>OFFICER WILSON, *et al.*,<br><br>               Defendant. | 3:11-CV-00642-RCJ-WGC<br><br>O R D E R |

        The Court has considered the Report and Recommendation of United States Magistrate (ECF #56) entered on November 21, 2012, in which the Magistrate Judge recommends that the Court enter an order granting Defendants' Motion for Summary Judgment (ECF #28); denying Plaintiff's Motion for Court Order (ECF #35) and denying Plaintiff's Motion for Temporary Restraining Order (ECF #44). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

        ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF 56); therefore,

        IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #28) is GRANTED.

        IT IS FURTHER ORDERED that Plaintiff's Motion for Court Order (ECF #35) and Motion for Temporary Restraining Order (ECF #44) are DENIED. The Clerk of the Court shall enter judgment accordingly.

        IT IS SO ORDERED this 10th day of December, 2012.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE